**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01490-CR

**ANTHONY WAYNE MANGIAFICO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1228019-M**

## ORDER

The Court has before it the State's March 10, 2015, "First Motion for Extension of Time to File the State's Brief." In its motion, the State advises us that "[t]he State was never served with a copy of Appellant's brief," and that the State did not "learn that the case is set for submission with oral argument" on March 24, 2015 until the date of the filing of the State's motion, March 10, 2015. Finally, the State requests that we postpone submission of this case until at least April 9, 2015.

The record reflects that: (1) a notice, stating "Appellant's brief is due to be filed on or before December 5, 2014," was sent by the Clerk of this Court to the Dallas County District Attorney on November 5, 2014, (2) Appellant's attorney certified that a copy of his brief was

"hand delivered to Mr. Craig Watkins, District Attorney of Dallas County" on November 3, 2014, (3) the original submission letter was sent by the Clerk of this Court to the Dallas County District Attorney on January 12, 2015, and (4) a second submission letter was sent by the Clerk of this Court to the Dallas County District Attorney on January 16, 2015.  The Court notes that, in order to substitute another case for this one on our submission docket of March 24, 2015, we would have been required to give the parties in any such case at least twenty-one days advance notice.  *See* TEX. R. APP. P. 39.8.  That cannot be accomplished on this record.

Accordingly, the Court **DENIES** the State's motion, requesting the above described relief.  We **GRANT** leave for the State to file a late brief, no later than March 19, 2015.

The appeal remains set for submission on March 24, 2015, at 9:00 a.m.

/s/     DOUGLAS S. LANG
        JUSTICE